# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MERRY SUE RILLSTON, | CASE NO. 3:11-cv-00573-LRH-VPC |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY; and DOES I-V, | |
| Defendants. | |

**IT IS HEREBY STIPULATED BY AND BETWEEN**, Defendant, LIBERTY MUTUAL FIRE INSURANCE COMPANY [hereinafter referred to as "Liberty Mutual"], by and through its counsel of record, Ian P. Gillan, Esq., of the law firm of KOELLER, NEBEKER, CARLSON & HALUCK, LLP, and Plaintiff, MERRY SUE RILLSTON [hereinafter referred to as "Plaintiff"], by through her counsel of record, Charles M. Kilpatrick, Esq., of the law firm of KILPATRICK, JOHNSTON & ADLER, that Plaintiff

///

///

///

1  dismisses her Complaint against Liberty Mutual with prejudice, each party to bear its own fees
2  and costs.
3  DATED this 2nd day of May, 2012.     DATED this ___ day of May, 2012.
4  KILPATRICK, JOHNSTON & ADLER        KOELLER, NEBEKER CARLSON
                                       & HALUCK, LLP

By: /s/ Charles M. Kilpatrick         By: /s/
CHARLES M. KILPATRICK, ESQ.           IAN P. GILLAN, ESQ.
Nevada Bar No. 275                    Nevada Bar No. 9034
412 N Division St                     300 South Fourth Street, Suite 500
Carson City, NV 89703                 Las Vegas, NV 89101
Attorneys for Plaintiff,              Attorneys for Defendant,
MERRY SUE RILLSTON                    LIBERTY MUTUAL FIRE INSURANCE
                                      COMPANY

## ORDER

IT IS SO ORDERED.

DATED this 10th day of May, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE